FILED
00 MAR 31
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL SCOTT CARPENTER, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO. 98-C-0948-S |
| WARDEN BILLY MITCHEM and THE ATTORNEY GENERAL OF THE STATE OF ALABAMA, | ) |
| Respondents. | ) |

ENTERED
MAR 31 2000

## MEMORANDUM OPINION

The court has considered the entire file in this action, including the Magistrate Judge's Report and Recommendation and the objections of the petitioner, and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusion of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed. An appropriate order will be entered.

**DONE**, this 31st day of March, 2000.

U. W. CLEMON
UNITED STATES DISTRICT JUDGE